# Exhibit 10

1700 G Street, NW
Washington, DC 20552



May 1, 2019

<u>Via Email</u>

Steven M. Gombos, Esquire
Gombos | Leyton, P.C.
11350 Random Hills Road, Suite 400
Fairfax, VA 22030

Re:   Civil Investigative Demand served on the Center for Excellence in Higher
      Education on April 12, 2019

Dear Mr. Gombos:

This letter modifies the terms for compliance with the civil investigative demand (CID) issued to the Center for Excellence in Higher Eduction (CEHE) by the Bureau of Consumer Financial Protection (Bureau), as permitted by 12 C.F.R. § 1080.6(d). This letter sets forth the only modifications to the CID. The Bureau's willingness to approve these modifications is based, in part, on CEHE's representations described or referenced below. The production of information and documents in accordance with the modifications described below constitutes compliance with the CID.

### Date of Hearing

The CID as issued on April 12, 2019 required a representative of CEHE to appear and provide testimony on May 21, 2019 at 10:00 a.m. at the U.S. Attorney's Office in Salt Lake City, UT.  **<u>The Bureau agrees to modify the date of the hearing to June 11, 2019.</u>**

### Modification to Instructions

CEHE pointed out the inadvertent omission of an instruction pertaining to the "Applicable Period for Responsive Materials." The Bureau modifies the CID to add the following Instruction:

> "**Applicable Period for Responsive Materials**." Unless otherwise directed, the applicable period for the request is from January 1, 2012 until the date of this CID.

consumerfinance.gov

**Nature of the Modifications**

To assist in construing any terms of this letter, the definitions set forth in the CID are incorporated by reference. This letter does not change the Company's responsibilities described in the Document Retention instruction in the CID. Further, nothing in this letter precludes the Bureau from issuing additional CIDs or seeking discovery from the Company.

If you have any questions regarding the terms outlined above, contact Enforcement Attorney Benjamin Konop at 202-435-7265.

Sincerely,

Jeffrey Paul Ehrlich

Digitally signed by Jeffrey Paul Ehrlich
Date: 2019.05.01 16:36:46 -04'00'

Jeffrey Paul Ehrlich
Deputy Enforcement Director