Paul W. Shakespear (14113)  
SNELL & WILMER (UT)  
15 W. South Temple, Ste. 1200  
Gateway Tower West  
Salt Lake City, Utah 84101  
Telephone: (801) 257-1900  
Email: pshakespear@swlaw.com

Steven M. Gombos (*pro hac vice*)  
David A. Obuchowicz (*pro hac vice*)  
Jacob C. Shorter (*pro hac vice*)  
GOMBOS LEYTON, P.C.  
11350 Random Hills Road  
Suite 400  
Fairfax, VA 22030  
Telephone: (703) 934-2660  
Email: sgombos@glpclaw.com  
dobuchowicz@glpclaw.com  
jshorter@glpclaw.com

Attorneys for Respondent Center for Excellence in Higher Education, Inc.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Petitioner,<br><br>vs.<br><br>CENTER FOR EXCELLENCE IN HIGHER EDUCATION,<br><br>Respondent. | **NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>CASE NO. 2:19-CV-00877-DB-CMR<br><br>JUDGE DEE BENSON<br><br>MAGISTRATE JUDGE CECILIA M. ROMERO |

### Notice of Supplemental Authority

On Tuesday, September 8, 2020, the United States Court of Appeals for the Fifth Circuit entered an order (attached as Ex. A) holding in abeyance *CFPB v. All American Check Cashing, Inc.*, No. 18-60302, which had been scheduled for *en banc* consideration later this month, pending the Supreme Court's decision in *Collins v. Mnuchin*, Nos. 19-422 and 19-563.

*CFPB v. All American Check Cashing, Inc.* raises the same legal question present here—namely, what is the appropriate remedy for the CFPB's constitutional defect recognized in *Seila Law LLC v. CFPB*, 140 S. Ct. 2183 (2020). *See* Suppl. En Banc Br. of Appellants, *CFPB v. All American Check Cashing, Inc.*, No. 18-60302 (5th Cir. July 30, 2020).

As noted in Respondent's June 30 Notice of Supplemental Authority, the Supreme Court left open that question in *Seila Law* because the parties had not briefed it. *See* Dkt. No. 33 at 2; *see also Seila Law*, 140 S. Ct. at 2208. Just days after issuing *Seila Law*, however, the Supreme Court granted certiorari in *Collins v. Mnuchin* which squarely presents the question for the Court's review. *See* Petition for Writ of Certiorari at i, *Collins v. Mnuchin*, No. 19-422 (Sept. 25, 2019) (raising the question presented: "[w]hether the courts must set aside a final agency action that [an agency] took when it was unconstitutionally structured").

The Fifth Circuit made the prudent decision to hold *CFPB v. All American Check Cashing, Inc.* in abeyance in recognition of the fact that the Supreme Court took up the present question in *Collins v. Mnuchin*, Nos. 19-422 and 19-563. This

1

Court should similarly hold this case in abeyance pending the Supreme Court's decision in *Collins v. Mnuchin*, Nos. 19-422 and 19-563.

Dated: September 10, 2020

                                                                           SNELL & WILMER L.L.P.

                                                                           Paul W. Shakespear

                                                                           GOMBOS LEYTON, P.C.

                                                                           /s/ Jacob C. Shorter
                                                                           Steven M. Gombos
                                                                           David A. Obuchowicz
                                                                           Jacob C. Shorter

                                                                           *Counsel for Respondent Center for Excellence in Higher Education, Inc.*

## Certificate of Service

I HEREBY CERTIFY that on September 10, 2020, I served the foregoing document via the court's CM/ECF electronic filing system to all counsel of record, including the following:

Benjamin Konop (benjamin.konop@cfpb.gov)
John Thompson (john.thompson@cfpb.gov)
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552

*Counsel for Petitioner Consumer Financial Protection Bureau*

/s/ Jacob C. Shorter
Jacob C. Shorter