UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION,<br><br>    Petitioner,<br><br>v.<br><br>CENTER FOR EXCELLENCE IN HIGHER EDUCATION,<br><br>    Respondent. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:19-cv-00877-RJS-CMR<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Petitioner.

SO ORDERED this 13th day of September, 2022.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge